IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FELICIA WILLIAMS,
o/b/o D.W., a minor                                                                                                PLAINTIFF

V.                            NO. 11-1015

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration             DEFENDANT

### **J U D G M E N T**

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the decision of the ALJ.  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 24th day of April, 2012.

                                                      /s/ *Erin L. Setser*
                                                      HON. ERIN L. SETSER
                                                      UNITED STATES MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**